# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SAMUEL ORTIZ LOPEZ,<br><br>     Plaintiff,<br>v.<br><br>REALPAGE, INC. a/k/a<br>LEASINGDESK SCREENING<br><br>     Defendant. | Case No.: 6:24-cv-00069-ACC-DCI<br><br>NOTICE OF SETTLEMENT |

**NOTICE IS HEREBY GIVEN** that Plaintiff Samuel Ortiz Lopez and RealPage, Inc. a/k/a LeasingDesk Screening("RealPage"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant RealPage as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED, June 6, 2024.

/*s/ Catherine Tillman*
Catherine Tillman, Esq., FL #0057663
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorney for Plaintiff*
*Samuel Ortiz Lopez*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Catherine Tillman*
Catherine Tillman