# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SAMUEL ORTIZ LOPEZ,<br><br>      Plaintiff,<br>v.<br><br>REALPAGE, INC. a/k/a LEASINGDESK SCREENING<br><br>      Defendant. | Case No.: 6:24-cv-00069-ACC-DCI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Samuel Ortiz Lopez and Defendant RealPage, Inc. a/k/a Leasing Desk Screening ("RealPage"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant RealPage as there are no remaining Defendants in this matter.

RESPECTFULLY SUBMITTED, July 5, 2024.

| | |
|---|---|
| */s/ Catherine Tillman*<br>Catherine Tillman, Esq., (FL #0057663)<br>**CONSUMER ATTORNEYS**<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>T : (941) 263-7310 | */s/ Ritika Singh*<br>Ritika Singh, (FL #1016708)<br>**Quilling Selander Lownds Winslett & Moser**<br>6900 N Dallas Parkway, Suite 800<br>Plano, TX 75024 |

F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorney for Plaintiff
Samuel Ortiz Lopez*

T: (214) 560-5442
F: (214)871-2111
E: rsingh@qslwm.com

*Counsel for RealPage, Inc. a/k/a
LeasingDesk Screening*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Catherine Tillman*
Catherine Tillman